371 A.2d 870
Commonwealth ex rel. Pennsylvania Securities
Commission v. Reliance Development Corp.
et al., Appellants.

Argued September 21, 1976. Ronald W. Shipman, with him Coffin, DeRaymond, Shipman and Stitt, for appellant at No. 1354 and appellee at No. 1451; Donald F. Spry, II, with him Turtzo, Spry, Powlette & Sbrocchi, for appellants at No. 1451 and appellees at No. 1354.

OPINION PER CURIAM: The case is remanded to the court below to make an order disposing of the money which is the subject of the interpleader as required by Pa.R.C.P. 2315.

371 A.2d 870
Davis Appeal.

Argued April 12, 1976. James M. Shilliday, for appellant; Eugene E. Anderson, Jr., with him Max A. Levine and Alan M. Gross, for appellee.

Order affirmed.